# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DONALD HUGHES                                                                                    PLAINTIFF

v.                                           1:17cv00068-JLH-JJV

DOE, Nurse,
Sharp County Jail                                                                                DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Donald Hughes ("Plaintiff") filed this 42 U.S.C. § 1983 action *pro se* on August 28, 2017. (Doc. No. 2.) He alleges Defendant Doe, an unnamed nurse at the Sharp County Detention Center, failed to provide him medical care. (*Id*. at 4.) On August 29, 2017, I ordered Plaintiff to file, within ninety (90) days, a Motion for Service stating the full name and service address of the Doe Defendant. (Doc. No. 3 at 3.) That deadline has passed, and Plaintiff has not complied with or otherwise responded to my Order. Plaintiff was warned that if he failed to timely and properly file a Motion for Service, his claims against the Doe Defendant would be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). (*Id.*) Plaintiff has been given a reasonable opportunity to identify the Doe Defendant and effect service, and he has not attempted to show good cause for his failure to do so. *See* Fed. R. Civ. P. 4(m); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam) (it is a *pro se* plaintiff's responsibility to provide a valid service address for each defendant).

IT IS, THEREFORE, RECOMMENDED that:

1. Defendant Doe be DISMISSED without prejudice from this cause of action.

2. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 30th day of November, 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE