IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONALD HUGHES                                                                                        PLAINTIFF

v.                                          1:17CV00068-JLH

DOE, Nurse,
Sharp County Jail                                                                                   DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Doe is DISMISSED without prejudice from this cause of action.

2. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 29th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE